

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00198-CV

| | | |
|---|---|---|
| The Estate of Barbara A. Sloan, deceased | § | From Probate Court No. 1 |
| | § | of Tarrant County (2002-0000372-1-B) |
| | § | June 16, 2016 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and we render a take-nothing judgment.

It is further ordered that appellee James D. Sanford shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
    Chief Justice Terrie Livingston